UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 14278
  RUTH MARSHBANKS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-5087
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/08/07 .

   2.  The case was dismissed without confirmation, 12/21/2007.

   3.  The Debtor paid a total of $   1281.50 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | 464.00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CCB CREDIT SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MICHAEL B DEDIO | REIMBURSEMENT | 26.00 | .00 | .00 |

          Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 26.00 | .00 | .00 | 26.00 |
| PRINCIPAL PAID | 464.00 | .00 | .00 | .00 | 464.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 464.00 | .00 | .00 | .00 | 464.00 |

The Debtor's attorney, MICHAEL B DEDIO            , was allowed $   3500.00
and was paid $    203.55 .

The Trustee received $      31.45 .

Refunds to the Debtor totaled $     582.50 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 04/11/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
        CASE NO. 07 B 14278 RUTH MARSHBANKS
```